# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                Defendants.

Civil Action No. 13-CV-881

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, the above named Plaintiffs hereby move for a preliminary injunction that, during the pendency of this suit, (i) bars Defendants from collecting Plaintiffs' call records under the mass call surveillance program; (ii) requires Defendants to destroy all of Plaintiffs' call records already collected under the program; and (iii) prohibits Defendants from querying metadata obtained through the program using any phone number or other identifier associated with Plaintiffs for the reasons set forth in the accompanying memorandum of law, and such other relief as may be found just and proper, as set forth in the accompanying Plaintiffs' Memorandum of Points and Authorities.

Plaintiffs' counsel conferred with Defendants' counsel on October 24, 2013, concerning this motion. Defendants' counsel indicated that they oppose this motion.

Dated: October 28, 2013

                                              Respectfully submitted,

                                              */s/ Larry Klayman*
                                              Larry Klayman, Esq.
                                              Attorney at Law

D.C. Bar No. 334581<br>
2020 Pennsylvania Ave. NW, Suite 800<br>
Washington, DC 20006<br>
Tel: (310) 595-0800<br>
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2013 a true and correct copy of the foregoing Motion for Preliminary Injunction (Civil Action No. 13-cv- 851) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James R. Whitman
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, DC 20044
(202) 616-4169
Fax: 202-616-4314
Email: james.whitman@usdoj.gov

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Attorney for Defendants.

                Respectfully submitted,

                 /s/ *Larry Klayman*
                Larry Klayman, Esq.
                D.C. Bar No. 334581
                Klayman Law Firm
                2020 Pennsylvania Ave. NW, Suite 345
                Washington, DC 20006
                Tel: (310) 595-0800
                Email: leklayman@gmail.com