**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LARRY KLAYMAN, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 1:13-cv-00851-RJL |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| LARRY KLAYMAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 1:13-cv-00881-RJL |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## GOVERNMENT DEFENDANTS' NOTICE OF APPEAL

Defendants Barack Obama, President of the United States, Eric Holder, Attorney General of the United States, and General Keith B. Alexander, Director of the National Security Agency (NSA), insofar as they are sued in their official capacities, together with defendants NSA and the United States Department of Justice (collectively, the "Government Defendants"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the December 16, 2013 Order (ECF No. 49) and Memorandum Opinion (ECF No. 48) granting the Motion for Preliminary Injunction in *Klayman v. Obama*, Civil Action No. 13-0851 (*Klayman I*), as to plaintiffs Larry Klayman and Charles Strange.

| | |
|---|---|
| Dated: January 3, 2014 | Respectfully submitted,<br><br>STUART F. DELERY<br>Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br> /s/ Marcia Berman           <br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br>MARCIA BERMAN<br>Senior Trial Counsel<br>BRYAN DEARINGER<br>RODNEY PATTON<br>Trial Attorneys<br>U.S Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6102<br>Washington, D.C.  20001<br>Phone: (202) 514-2205<br>Fax: (202) 616-8470<br><br>*Attorneys for Government Defendants* |