UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson
PLAINTIFF

CIVIL DOCKET NO._____
13-0881, 13-0851, 14-0092 and
14-XXXX (Not docketed Rand
Paul v. Obama)

v.

SECTION:

UNITED STATES OF AMERICA
DEFENDAT

COMPLAINT/CLASS ACTION

MOTION TO JOIN AND OR MOTION TO INTERVENE AND OR COMPLAINT
FILED ON BEHALF OF DAVID ANDREW CHRISTENSON
CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTION RELIEF

The Constitution does not allow the Federal Government the right to murder an American in violation of his or her Constitutional Rights and Protections. (Reference Civil Complaint  Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23/12 Page 1 of 66 filed in the Eastern District of Louisiana. The murder of Federal Whistleblower Coast Guard Commander William Goetzee by the Department of Justice. After reading the 66 page complaint you will think you were living in Nazi Germany.) The losses of Constitutional Protections as in this case are the seedlings for a complete destruction of the Constitution itself as well as Genocide and Crimes Against Humanity for All Americans.

Why has the entire Federal Government, with the consent of state and local governments, completely disregarded the Constitution and specifically Article V? This relatively simple paragraph instructs us on how to change the Constitution.

Incorporate original complaint filed by Plaintiffs. (IOCFBP)

In 2010 the Department of Justice (DOJ) declared Captain David Andrew Christenson to be a terrorist, while in fact he was and is a Federal Whistleblower. The DOJ made several attempts on his life with the most public being the false arrest, Louisiana Warrant not Federal, on March 15th, 2011 for cyber stalking FBI Special Agent Steven Rayes. No charges were ever filed. See Statement of Facts. This criminal action was taken so that the DOJ could bypass the Federal Judiciary, place Captain David Andrew Christenson under surveillance, steal his evidence and to silence him thereby depriving him of his 1st Amendment Privilege.

Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances**.

The Declaration of Independence IN CONGRESS, July 4, 1776. The unanimous Declaration of the thirteen united States of America,

RECEIVED
Mail Room

FEB 2 6 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, **that among these are Life**, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

Constitution  Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

SUBJECT MATTER JURISDICTION AND AUTHORITY TO GRANT RELIEFE

Incorporate original complaint filed by Plaintiffs.

PERSONAL JURISTICTION

Incorporate original complaint filed by Plaintiffs.

VENUE

Incorporate original complaint filed by Plaintiffs.

## PARTIES

Incorporate original complaint filed by Plaintiffs.

## PLANTIFFS

Incorporate original complaint filed by Plaintiffs.

## DEFENDANTS

Incorporate original complaint filed by Plaintiffs.

## STATEMENT OF FACTS

Reference attachments 1 – 11 for a narrative. Additional evidence and documents to be filed.
Incorporate original complaint filed by Plaintiffs.

## CLASS ACTION AVARMENTS

Incorporate original complaint filed by Plaintiffs.

## CLAIMS FOR RELIEF

Incorporate original complaint filed by Plaintiffs.
Constitutional Rights. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights,...

## PRAYER FOR RELIEF

Incorporate original complaint filed by Plaintiffs.
Request Jury trial.
Order the enforcement of the Constitution.
**One Trillion Dollars in damages.**

## ATTACHMENTS

1. Supreme Court Amicus Brief filed by David Andrew Christenson: Tash Hepting v. AT&T Corporation No. 11-1200 ac.
2. Supreme Court Amicus Brief filed by David Andrew Christenson: James R. Clapper, Jr., Director National Intelligence v. Amnesty International USA No. 11-1025 ac. (For Brevity only the cover page is being filed as it is the same Amicus Brief that was filed in Tash Hepting.)
Attachments 3, 4, 5, & 6 are Amicus Briefs filed with the 5th Circuit Court of Appeals: United States of America v. Kenneth Bowen, Et Al. (Criminal Civil Rights case known as "Danziger"). The Amicus Briefs reference the Systemic Criminal Prosecutor Misconduct that has taken place against David Andrew Christenson and the Defendants in the Danziger case. The five convictions in the Danziger case were vacated by District Court Judge Kurt D. Engelhardt because of Systemic Criminal Prosecutor Misconduct. The United States of America filed an Appeal. (The appeal has been sealed thereby depriving Americans of their Constitutional Rights.)

3. 5th Circuit Court of Appeals: 13-31078 Motion to Intervene and or Amicus Brief filed by David Andrew Christenson. Case: 13-31078 Document: 00512501246 Page: 1 Date Filed: 01/15/2014

4. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 2 filed by David Andrew Christenson. Case: 13-31078 Document: 00512529937 Page: 1 Date Filed: 02/11/2014

5. 5th Circuit Court of Appeals: 13-31078 Amicus Brief Supplemental 3 filed by David Andrew Christenson. Case: 13-31078 Document: 00512529938 Page: 1 Date Filed: 02/11/2014

6. 5th Circuit Court of Appeals: 13-31078 Amicus Brief supplemental 4 filed by David Andrew Christenson. Case: 13-31078 Document: 00512530909 Page: 1 Date Filed: 02/12/2014

7. Page 1 of "The United States Supreme Court and The Katrina Virus" authored by David Andrew Christenson. Placed in the Library of Congress.

8. Page 1 & 2 of "An American Born Terrorist's Emails To The Department Of Justice" authored by David Andrew Christenson. Placed in the Library of Congress.

9. The Non-Domestic Stay Away Order issued against David Andrew Christenson. There are 74 people on the order. 73 of those listed never filed affidavits and probably did not know they were on the order. "Bizarre" would be an understatement. Look at who is on the order. Are you kidding?

10. Bond Order And Conditions Of Bail. Pay particular attention to item 3 and 9. US Attorney Billy Gibbens  represented David Andrew Christenson (against his will) on behalf of the Department of Justice in Louisiana State Court. USA Gibbens gave away all of David Andrew Christenson's Constitutional Rights. Item 9 is not a condition of bail or bond.

11. "The Murder of Coast Guard Commander William Goetzee".


Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and regular mail.

David Andrew Christenson

A1

No. 11-1200 ac

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

IN THE

## Supreme Court of the United States

Tash Hepting, et. al., Petitioners,

v.

AT&T Corporation, et. al.
*Respondent.*

**On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit**

*AMICUS CURIAE* **BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.**

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

1

A1

## PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans.  The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg.  Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

## PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular' commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

# A1

Standing (In simplistic form) would be granted to any American who would derive a benefit from the Emergency/911 response system. The benefit could come from a cell phone, landline, internet, etc.

One cause of action for all would be the violation of their 1st and 4th Amendment privileges.

The Supreme Court has become a nonentity and irrelevant in criminal, terrorist and war matters. The Executive Branch of the Federal Government has isolated the Supreme Court by the sinister use of propaganda and the creation of shadow governmental agencies, organizations, websites, bloggers, law firms, etc.

The writ is moot. The release of the information was a distraction. The Executive Branch had already taken the necessary steps to acquire the information. The Executive Branch has bypassed the Federal Judiciary.

Plaintiffs did not suffer any discernible harm.

The release of the information from the Bush Administration was a decoy and was obsolete when released.

Why would the Supreme Court grant immunity to those that had criminal harmed the Supreme Court?

Supreme Court Judges were not excluded by the defendants when criminally transferring information to the NSA.

Supreme Court Judges are not excluded from "Data Mining" by the Executive Branch. All information about Supreme Court Judges in any data base in the world is accessed by the Executive Branch and stored for five years.

**A1**

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Amicus Title | 1 |
| Preface | 2 |
| Premise | 2, 3 |
| TABLE OF CONTENTS | 4 |
| TABLE OF AUTHORITIES | 5 - 13 |
| INTEREST OF THE *AMICUS CURIAE* | 14 - 19 |
| STATEMENT OF THE CASE | 20 |
| SUMMARY OF ARGUMENT | N/A |
| REASONS FOR GRANTING THE PETITION | N/A |
| CONCLUSION | 20 |

A1

## TABLE OF AUTHORITIES

No.

U.S. CONSTITUTION, THE BILL OF RIGHTS AND FEDERAL LAW

1. Preamble
2. Article I
3. Article II
4. Article III
5. First Amendment
6. Fourth Amendment
7. Fifth Amendment
8. Sixth Amendment
9. Eight Amendment
10. Ninth Amendment
11. Misprision of Felony Title 18
12. Misprision of Treason Title 18
13. The Posse Comitatus Act of 1878 Title 18
14. Insurrection Act Title 10
15. Bankruptcy Code Title 11

OTHER AUTHORITIES

16. National Public Radio (NPR's News Blog) *Holder Found In Contempt Of Congress* June 28th, 2012 By: Eyder Peralta ("This is the first time in history that an attorney general has been held in contempt".)

17. Emergency Writ/Appeal David Christenson v. USA XXXX-06/20/2011 (Magistrate No. 522-477) (The Four Major violations of Federal Law during Hurricane Katrina)

18. FOX8 News *Perricone's posts could affect Danziger Bridge Case* April 11th, 2012 8:37 PM CDT Written by: Natasha Robin

19. FOX8 News *Judge refuses to toss suit over man's arrest* 03/19/2012 2:21 PM No author

20. FOX News *A vast new federal power* July 2nd, 2012 By: Judge Andrew P. Napolitano

21. CNN.com *Obama administration heeds judges' health care order* 2012-04-05 14:57 Z By: Bill Mears

22. CNN.com *Obama signs defense bill "with reservations"* 2011-12-31 21:32 Z By: CNN wire staff

23. Center for Disease Control and Prevention email *RE: Was the Supreme Court infected with the Katrina Virus?* Friday 02/03/12 6:36 AM (Statement that the Supreme Court members were not infected)

5

# A1

24. United States Fifth Circuit Court of Appeals Office of the Clerk Letter/Order April 3rd, 2012 By: Pamela F. Trice (Order to Attorney General Eric Holder directing him to respond to the Court concerning statements by President Barack Obama)

25. Office of the Attorney General Letter/Response April 5th, 2012 By: Eric Holder (Response by Eric Holder to the Fifth Circuit Court of Appeals)

26. NOLA.com The Times-Picayune *Federal judge's Danziger Bridge case commentary is unsparing of prosecutors* Monday, April 16, 2012, 7:30 AM By: Brendan McCarthy

27. NOLA.com The Times-Picayune *Former Gov. Blanco says public deserves full story of Rumsfeld role in Katrina response* Wednesday May 20th, 2009 2:08 PM By: Robert Travis Scott

28. GQ *And He Shall Be Judged* June 2009 By: Robert Draper

29. Department of Justice letter, Office of the Inspector General December 7th, 2011 No author name (Standard rejection letter with no case number or any discernible information)

30. Department of Justice letter (Associated Press, Reported by Federation of American Scientists) to the Senate April 30th, 2012 (The Foreign Intelligence Surveillance Court)

31. Andrew Coleman Christenson Letter *Dear Congressman King,* Andrew Coleman Christenson Letter *Dear Senator Grassley* and Andrew Coleman Christenson Letter *Dear Congressman Latham* February 20th, 2012 By: Andrew Coleman Christenson

32. David Andrew Christenson email *RE: Threats by FBI Agent Steven Rayes* MSN Hotmail Wednesday 11/10/10 3:40 PM By: David Andrew Christenson (Threat by FBI Agent Steven Rayes)

33. James Letten USALAE email *RE: Federal Public Defender* MSN Hotmail Monday 03/08/10 12:48 PM By: James Letten (Threat by US Attorney James Letten)

34. FBI Agent Steven Rayes email *RE: meeting* MSN Hotmail Tuesday 19 October 2010 11:42 AM By: Steven Rayes (Offer of cooperation)

35. David Andrew Christenson email *RE: Harassment by the Marshal Service must stop!!!* MSN Hotmail Thursday 10/21/10 10:30 AM By: David Andrew Christenson (Detailed account of US Marshal harassment)

36. FBI Agent Steven Rayes email *RE: Madere* MSN Hotmail Monday 10/18/10 1:00 PM By: Steven Rayes (Threat)

37. David Andrew Christenson email *RE: mtg. today* Friday 10/15/10 08:08 AM By: David Andrew Christenson (Concerns as to why the FBI was cooperating after 8 years)

38. James Letten USALAE email RE: MSN Hotmail Wednesday 07/27/11 1:08 PM By: James Letten

**A1**

39. National Whistleblowers Center email *Stop the FDAs Illegal Surveillance of Whistleblowers* Monday 01/30/12 09:27 AM By: lmw@whhistleblowers.org

40. DAC Air, Inc. Bankruptcy Form 1 Case: 02-26388-SBB filed 02/09/05 certified by US Trustee Cynthia Skeen converted 12/15/03 Period ending 12/31/04 Assets $1,595,050.16

41. General Politics *Supreme Court Must Strike Down Plea Bargaining* http://www.policymic.com/articles/11949/supreme-court-must-strike-down-plea-bargaining By: Charis Stanek

42. The New York Times *Trial Judge to Appeals Court: Review Me* http://www.nytimes.com/2012/07/17/opinion/trial-judge-to-appeals-court-review-me.html? July 16th, 2012

43. The New York times *Bush Lets U.S. Spy on Callers Without Courts* December 16th, 2005 By: James Risen and Eric Lichtblau

44. The New York Times *Police Are Using Phone Tracking as a Routine Tool* March 31st, 2012 By: Eric Lichtblau

45. The New York Times *U.S. Relaxes Limits on Use of Data in Terror Analysis* March 22nd, 2012 By: Charlie Savage (Data Mining)

46. The New York Times *Federal Contractor Monitored Social Network Sites* January 13th, 2012 By: Charlie Savage

47. The New York Times *Reports detail anarchist's years as FBI probe target* 2011 By: Colin Moynihan and Scott Shane

48. The New York Times *Even those cleared of crimes can stay on FBI's watch list* 9/28/2011 12:30 AM By: Charlie Savage

49. The Washington Post *Obama signs defense bill, pledges to maintain legal rights of U.S. citizens* December 31st, 2011 By: David Nakamura

50. The Washington Post *Civil rights group sue Treasury over targeting of terror suspects for killing* August 4th, 2010 By: Spencer S. Hsu

51. The Huffington Post *Dennis Blair (Director of National Intelligence): U.S. Can Kill Suspected American Terrorists Abroad* 02/04/10 12:50 PM updated 04-06-10 05:12 AM By: Nick Wing

52. TODAYshow.com *Exonerated anthrax suspect: FBI harassed me* April 16th, 2010 7:40 AM By Mike Celizic

53. Associated Press *Fed's secret no-fly list more than doubles in a year* http://www.msnbc.msn.com/id/46233824/ns/us_news-security/ By: Eileen Sullivan

# A1

54. Associated Press *FBI chief challenges Congress on terror detainees* December 14th, 2011 1:30 PM By Donna Cassata and Andrew Taylor

55. WDSU.com *Some Call For U.S. Attorney's Job After Blogger Scandal*
http://www.msnbc.msn.com/id/46761819/ns/local_news-new_orleans_la/

56. Wall Street Journal *An Odd Turn in Insider Case Outspoken Analyst Allegedly Threatens FBI Agents; New Charges Being Weighed* Unknown Date By: Jenny Strasburg and Susan Pullman

57. Harvard Medical School Hurricane Katrina Community Advisory Group *baseline dataset*
http://www.hurricanekatrina.med.harvard.edu/

58. Memorandum/Friend Of The court Brief USA v. Jeffrey Lehrmann 2:10-cr-51 October 20th, 2012 By: David Andrew Christenson

59. David Andrew Christenson *The Murder of Coast Guard Commander William Goetzee* October 19th, 2011 By: David Andrew Christenson (16 page research document about the murder of an American Hero and Federal Whistleblower)

60. David Andrew Christenson Memorandum State of Louisiana v. David Christenson Magistrate No. 522-477 June 11th, 2011 By: David Andrew Christenson (US Attorney Billy Gibbens entered an appearance to be the defendant's defense attorney on behalf of the Department of Justice) (No charges were ever filed)

61. Military DVD of Danziger Bridge incident. (The Supreme court has possession of this DVD as well as other evidence)

62. www.persimmonpublishingus.com (Five tabs)

63. Facebook: David Andrew Christenson

64. YouTube: "David Andrew Christenson Channel" 61 videos.

65. Department of Justice website www.justice.gov

66. Teresa McKay. Department of Defense Director of Finance and Accounting Service (DFAS). Married to my classmate from the Air Force Academy and roommate from flight school.

67. Jeff (JK) McKay. Works at the Pentagon in finance and budgets.

68. Ambassador Donald Ensenat. President George W. Bush's roommate at Yale, director of the State Department's Office of Protocol and Ambassador to Brunei.

69. May Ray Nagin. Mayor of New Orleans during Hurricane Katrina.

70. FBI Special Agent Steven Rayes.

# A1

71. Mayor Moon Landrieu. Past Mayor of New Orleans and father of Senator Mary Landrieu and Mayor Mitch Landrieu of New Orleans.

72. Mayor Mitch Landrieu. Current mayor of New Orleans.

73. Senator Mary Landrieu. Senator from Louisiana during Hurricane Katrina and is still in office.

74. Navy Lt. Andrew Bourret. Navy SEAL stationed at Stennis Space Center.

75. Navy Admiral John Christenson. President of the Naval War College.

76. Alfred Groos. General Manager of the Royal Sonesta Hotel in New Orleans.

77. Coast Guard Admiral Mary Landry.

78. Coast Guard Admiral Joel Whitehead.

79. FBI Special Agent Michelle Velasquez.

80. Arrest documents for David Andrew Christenson. Arrested March 15th, 2011. No charges were ever filed.

81. David Andrew Christenson *The United States Supreme Court and The Katrina Virus*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The

# A1

real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

82. David Andrew Christenson *An American Born Terrorist's Emails To The Department Of Justice*

**An American Born Terrorist's Emails
To The Department of Justice**
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com

10

# A1

www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice.  At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

11

# A1

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself.  I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important).  The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?


Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishing
www.thereluctantpatriot

83.

Katrina Virus Survey July 30th, 2012 (All information is confidential unless you indicate otherwise.)
Email response to davidandrewchristenson@hotmail.com.
YouTube: "David Andrew Christenson Channel". Video 58.

1. Do you have knowledge of the Katrina Virus?              Yes or No.
2. Have you been vaccinated for the Katrina Virus?         Yes or No.
3. Have you received the antidote for the Katrina Virus?    Yes or No.
4. Do you know of any governmental employee (city, parish, county, state, federal, etc.) that has received the Katrina Virus vaccination or antidote?     Yes or No.        How many?
5. Do you know of any non-governmental individuals that have received the Katrina Virus vaccination or antidote?          Yes or No.        How many?
6. Have you had blood taken?                          (Katrina or BP oil spill)
7. Have you provided your DNA?                       (Katrina or BP oil spill)
8. Are you participating in any health studies?        Please list.
9. Please list any general health issues that you may have.
10. Please list any mental health issues that you may have.
11. Do you know of any health issues for governmental employees and non-governmental individuals?

12

# A1

12. Do you know of any health issues in children? (Children are the most susceptible to the Katrina Virus because they do not have fully developed immune systems.)

13. Do you know of any mental health issues in governmental employees or non-governmental individuals?

14. Please address questions, concerns and comments below?

15. Would you be upset if you found out that governmental leaders had been given the Katrina Virus vaccination and antidote? (Governmental leaders would include Supreme Court Judges, Congressman and senior members of the Executive Branch.)     Yes or No.

16. Would you be upset if you found out that governmental leaders and employees were being study and tracked for the Katrina Virus and that they were receiving preventative medical care? Yes or No.

17. Would you be upset if you found out that civilian leaders  were being study and tracked for the Katrina Virus and that they were receiving preventative medical care?     Yes or No.

18. Please list any medical oddities that you have seen since August 2005. The location is irrelevant.

19. Would you be upset if you knew that Harvard and AstraZeneca had been secretively working on a cure for the Katrina Virus since 2005? Other companies, universities, etc. have been working on the Katrina Virus as well.

20.  Would you be upset if you found out that the Federal Government had been funding this work in a secretive and deceptive manner?

21. Would you be upset if you found out that companies (AstraZeneca), research facilities, etc. had made and are making billions of dollars in profits doing Katrina Virus research?


Questions, concerns and Comments:

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com
www.oarsummaryoubhisking.com
YouTube: "David Andrew Christenson Channel"

# A1

## *INTEREST OF THE AMICUS CURIAE*

June 28th, 1976 I took my first oath to protect the Constitution when I entered the United States Air force Academy. By filing this Amicus Brief I am still protecting the Constitution. My having been classified as a terrorist is meaningless when you compare it to the destruction of the Constitution and the Federal Judiciary.

I was never trained to fight a war like this. The enemy is us.  Our Gods are Money and Fear.

Question 1. Our founding fathers placed treason under Article III (The Judiciary)of the Constitution. Would the President have committed a treasonous act if he allowed/ordered Americans to be murdered by the United States Military? Does this qualify as an act of war against the American people? The United States Military conducted operational missions in New Orleans before, during and after Hurricane Katrina. This was a violation of the Posse Comitatus Act of 1878 and the Insurrection Act, Title 10. One of the missions of the military was to protect facilities that housed dangerous chemical warfare contaminants. These chemical warfare contaminants ultimately leaked into the environment. Would the President have committed a treasonous act by failing to disclose this information to the American people when the end result would be death?  Would it be reasonable to assume that the loss of life at the hands of the Executive Branch is a type of war? Reference the Preamble of the Constitution.

Question 2. Would knowledge of the criminal activity of the Executive Branch qualify as misprision?

Question 3. Would the knowledge of the treasonous activity of the Executive Branch qualify as misprision of treason?

Question 4. Doe the Executive Branch have the Constitutional Authority to classified Americans as terrorists and execute them?

Question 5. Does the Executive Branch have the authority to conduct an all-out ideological war against the Supreme Court and the American people?

### THE FOLLOWING ARE FACTUAL EXAMPLES OF THE EXECUTIVE BRANCH COMITTING TREASON AND WILL LEAD THE SUPREME COURT TO ANSWER YES TO THE ABOVE QUESTIONS

Treason. Article III Section 3 of the Constitution discusses Treason. Because of the placement of Treason within the Constitution I believe that the Supreme Court has an obligation to be proactive in stopping treason when presented with the opportunity to do so. I believe that the Executive Branch has confirmed my opinion by granting immunity to those that are involved in this case. While this case is simplistic it leads to more grotesque violations of the Constitution, such as murder and genocide. What is the definition of War? Can the Executive Branch of our Government wage a war on us and can and will the Supreme Court allow that war to happen? Conclusion: The Executive Branch in cooperation with the Legislative Branch has granted itself the authority to declare an American to be a terrorist and execute

# A1

said American/Terrorist without any Judicial oversight. This is the definition of an enemy that is waging war on the American people. Bin Laden did this and he was an enemy who murdered Americans. I am a perfect example of our far our government will go to wage war on an American. I was classified as a terrorist and incarcerated without due process. I was placed in isolation and medicated against my will. The Executive Branch murdered Coast Guard Commander William Goetzee using this process. (1, 4, 5, 6, 7, 8, 9, 10, 17, 22, 30, 41, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 60, 61, 62, 63, 64, 65, 66, 68 & 69)

US Attorney Sal Perricone, the number three ranking member of the US Attorney's Office in the Eastern District of Louisiana, posted hundreds of comments under monikers on public websites. This authorized activity by a senior member of the DOJ tainted jury pools and deprived defendants of a fair trial. There has been a call for US Attorney James Letten and Attorney General Eric Holder to resign. How many criminal trials have been tainted? How many Americans have been falsely imprisoned? Why is the Department of Justice allowed to use propaganda to win convictions? Why is the DOJ allowed to use propaganda at all? (18 & 55)

Attorney General Eric Holder has been found in contempt of Congress. No Attorney General has ever been found to be in contempt of Congress. (16)

The Fifth Circuit Court of Appeals ordered Attorney General Eric Holder to file a response explaining why President Barack Obama does not believe that the Federal Judiciary has the authority to decide legal matters. I can find no record of this happening before. (21, 24 &25)

Federal Judge Kurt Engelhardt made the following comments after the Danziger Bridge Trial in New Orleans. "The air of mendacity at this trial was not limited to the actions of the defendants." Cooperating defendants were "purchased, bought and paid for". " Using liars lying to convict liars is no way to pursue justice." A plea deal was in place before the trail began. It was agreed that the Military Danziger Bridge DVD would not be used or acknowledged by either the prosecution or the defense. A waiver was issued that included but was not limited to removal of the death penalty. (26, 28, 41, 42, 58, 61, 62, 63, 64, 70, & 82)

David Andrew Christenson was assaulted by FBI Special Agent Steven Rayes at the Hilton Hotel in New Orleans on November 10th , 2010. The DVD of the assault  was stolen from David Andrew Christenson by the FBI on March 15th, 2010. The assault was authorized by Director Robert Mueller with implicit authorization from President Barack Obama. (34, 62 63, 64, 70 & 81)

The United States Military filmed their criminal activities in New Orleans before, during and after Hurricane Katrina. The United States Supreme Court has the Military DVD of what happened at the Danziger Bridge. (61, 62, 63, 64 & 70)

David Andrew Christenson was threatened by US Attorney James Letten (USALAE). (33, 35, 36, 62, 63, 64, 81 & 82)

# A1

David Andrew Christenson was classified as a terrorist by the Department of Justice. This was done so that the Department of Justice could bypass the Federal Judiciary for all warrants. The DOJ did everything possible to discredit David Andrew Christenson. The DOJ called him "crazy" and painted him to be "a real nut case". (6, 60, 62, 63, 64, 80, 81 & 82)

The FBI offered to cooperate with David Andrew Christenson if he stopped his investigation and remained silent. (34, 37 & 70)

The US Marshal Service wen to extraordinary lengths to harass and intimidate David Andrew Christenson into stopping his investigation and research. (35)

The FBI threatened to have David Andrew Christenson committed if he did not stop his investigation and remain silent. (33, 36, 60, 62, 63, 64 & 82)

The Department of Justice through the US Trustee stole $1,595,050.16 from DAC Air, Inc. which was owned by David Andrew Christenson. (40, 62, 63 & 64)

One example of the Federal Government's (Food and Drug Administration) illegal surveillance of Whistleblowers. (39)

The Department of Justice settles 97% of all criminal cases by plea deals. This process is designed to isolate and remove the Federal Judiciary from the criminal process. This has been a stunning success. This process violate Article III and the Sixth Amendment at a minimum. (4, 8, 41 & 42)

The beginning of this Writ. President Bush allows the NSA to spy on Americans, all Americans. The title should have been "President Bush allows the Executive Branch to spy on the Supreme Court and the Federal Judiciary". The release of this information is puzzling. Why? (6 & 43)

Law Enforcement are using cell phones as tracking tools. (6 & 44)

DATA MINING. Guidelines issued by the Department of Justice. In simple terms the DOJ has the right to gather and store information from all data basis in the world. This would include private information about Americans who were not under suspicion for any criminal activity. All phone calls, emails, internet usage, etc. could be part of a data base that has been secured by the DOJ. Review the capabilities of Facebook. The NSA has capabilities that are a million times greater than Facebook. (6 & 45)

The Department of Justice is spreading propaganda and changing public opinion. The DOJ is desensitizing the American people, the Supreme Court and the Federal Judiciary. The DOJ has established websites, monitors social network sites, posts comments and tracks all of this. Here is a perfect example of how perverse the Executive Branch is. The agencies monitor each other. (6 & 46)

# A1

President Barack Obama signed a defense bill that violates American's Constitutional Rights. This is a fact. The law is in effect. The President acknowledges this fact but pledges to maintain the legal rights of U.S. Citizens.  How can this activity by a sitting President be Constitutional?  (49)

The Executive Branch has granted itself the authority to place Americans on the secret no-fly list. This list has doubled in the last year. It is a secret list and there is no oversight. (53)

US Attorney James Letten orders me to stop emailing him and all other US Attorneys. (38)

FBI uses threats and intimidation against John Kinnucan to coerce him to cooperate. (56)

The Executive Branch establishes medical programs to deal with the Katrina Virus. Harvard Medical school establishes the Hurricane Katrina Community Advisory Group. The Executive Branch intentionally refuse to disclose the existence of the Katrina Virus. The Executive Branch is funding the medical studies thought the National Institute of Health. (57, 81)

General Russel Honore acknowledges the criminal conduct of the United States Military in New Orleans before, during and after Hurricane Katrina. (58)

The Department of Justice murdered Coast Guard Commander William Goetzee. (59,62, 63 & 64)

US Attorney Billy Gibbens represents me without my authority. This is a clear violation of the Sixth Amendment. How can the Federal Judiciary allow the Executive Branch the authority to represent an individual that it is prosecuting? As a side note. Search the Department of Justice website for the Federal Public Defender Office? It is hard to find the Chief Federal Public Defender. In reality the Chief Public Defender is the Attorney General. In simplistic terms the Prosecutor is also the defense attorney. Does our Constitution really allow for this? This clearly violates the Constitution and the Bill of Rights. (1, 4, 6, 7, 8, 9, 10, 60, 62, 63, 64 & 82)

ObamaCare was implemented in a clandestine way to address the Katrina Virus and the effects that it will have on Americans. The Supreme Court had no choice but to approve of ObamaCare. It took a major revision of history to allow the court to approve of ObamaCare. The decision was unprecedented in the history of the Supreme Court. While the Supreme Court has become isolated and irrelevant when it comes to criminal, terrorist and war matters, the court has established that it has the right to legislate laws. (20)

The FBI clearly violates its' own rules and procedures when opening investigations. The FBI clearly violates Federal Law as well. The unwritten Standard Operating Procedure (SOP) within the FBI is to classify individuals practicing civil disobedience as terrorists. Terrorist is the new word for activist and criminal. It allows the FBI to discard the Constitutional Rights and Civil Rights of an American. The FBI is declaring more and more Americans as "Enemies of the State". (47)

# A1

The FBI uses "Watch Lists". Once you are on the list it is almost impossible to come off. You are never notified of being on a "Watch List". There is no due process. (48)

As an American if you are classified as a terrorist (by law) you are not allowed to have an attorney. You can be targeted for death without any legal process. (50)

Director of National Intelligence Dennis Blair confirmed that the Executive Branch can assassinate Americans who have been classified as terrorists. He talks about permission. Under the Constitution where is it written that that type of permission can be given and by whom? I believe it is war when we are assassinating our own people. (51)

The Department of Justice has clearly held that it is above the law and cannot be prosecuted or investigated for violating the law. The DOJ can murder and destroy any individual without any cause or justification. This is an established precedent.  The only recourse is though a civil proceeding. (52, 62, 63 & 64)

Americans can be held indefinitely once they are classified as a terrorist. (54)

Any complaint filed with the Department of Justice against the Department of Justice will be answered with a form letter that has no identifying case number. I have filed over 25 complaints with the Department of Justice against the Department of Justice. I have filed those complaints with the Inspector General and the Office of Professional Responsibility. (29)

Here are the major violations of Federal Law before, during and after Hurricane Katrina:

1.  The United States Military conducted operational missions (Before, during and after Hurricane Katrina.) within the territorial boundaries of the United States in violation of Federal Law.
2.  Americans were executed by the United States Military without being provided "Due Process". Americans were denied their Constitutional, Legal and Civil Rights.
3.  The United States Military was in New Orleans before Hurricane Katrina so that protection could be provided to Department of Defense and Central Intelligence Agency laboratories, warehouses and manufacturing plants. During and after Katrina these facilities leaked the "Katrina Virus" which is a cancer causing carcinogen. ("Katrina Virus" is a general term that represents all contaminants that were released. Biological, radioactive, chemical, bacterial, etc...) (New Orleans has the highest death and cancer rate in the country and possible the world. The death and cancer rate for people who stayed in New Orleans during Hurricane Katrina is one thousand times higher than the National average.)
4.  The Cover-Up. This represents Misprision of a Felony and Misprision of Treason. Knowledge of the Genocide, Murder and Crimes Against Humanity is a crime on to itself. The Cover-Up, Genocide, Murder and Crimes Against Humanity will continue for years and effect many generations of Americans. How many Americans will be murdered? (17)

18

# A1

August 31st, 2005 is the day that President George W. Bush flew over New Orleans and did not land. The White House issued a statement informing the media that President Bush did not land because of security issues and that he did not want to disrupt the rescue effort that was taking place. In fact the President did not want to take a chance on infecting himself and his staff. Belle Chase Naval Air Station was operational and secure. I do not have a problem with President wanting to infect himself but I do have a problem with him not telling America about the Katrina Virus. (27, 28, 62, 63, 64 & 68)

Secretary of Defense Ronald Rumsfeld had to be ordered by President Bush to send in the troops. This was actually a delay tactic by the Secretary.  The Katrina Virus had to be moved and or allowed to dissipate. Multiple military bases were on alert and could have arrived in New Orleans the day after Hurricane Katrina. A white house advance team toured New Orleans in an Air Force search and recuse helicopter from Hurlburt field in Florida on August 30, 2005. The Air Force search and rescue unit and Hurlburt was on standby and ready to deploy.  My old C-130 unit in Little Rock was on standby as well. Do you have any idea what 64 C-130s can do? (27, 28, 62, 63, 64 & 68)

The cover-up extends to Congress. My father is very active in the Republican Party in Iowa. He has donated money (Can be confirmed by the  Federal Election Commission)  and his time in helping Senator Chuck Grassley, Representative Tom Latham and Representative Steve King get elected. He has repeatedly contacted them and asked for a meeting and help. The three of them refused to respond to him. (31)

I asked the Center for Disease Control and Prevention if the Supreme Court had been infected with the Katrina Virus. I was informed that members of the Supreme Court were not suffering from any virus. How could they know that? (23, 62, 63, 64 & 81)

There is hope. Federal Judge Foote from Lafayette La. refused to toss a lawsuit for civil damages against two police officers who had arrested man for criticizing a police chief. (19)

A1

**STATEMENT OF THE CASE**
(In very simple terms.)

The Executive Branch has spied on the Supreme Court, Congress, Americans and all of their families in violation of the Constitution.

The Executive Branch has granted itself immunity for willful and intentional criminal activity against the Supreme Court, Congress, Americans and all of their families.

The Executive Branch is conducting an all-out ideological war against the Supreme Court, Congress, Americans and all of their families. This war is designed to destroy the Constitution, our Constitutional Rights, Civil Rights and Legal Rights as well as the Judicial Branch of our Government.

**CONCLUSION**

I have honored the oath that I took when I entered the Air Force Academy and when I was commissioned as an officer in the United States Air Force. I was never trained to fight a war like this. It is incomprehensible that I am fighting my own country to save my fellow Americans and the Constitution.

When a true genius appears in the world, you may know him by this sign, that the dunces are all in confederacy against him. ~Jonathan Swift

All that's necessary for the forces of evil to win in the world is for enough good men to do nothing. Edmund Burke

It is now up to the Supreme Court.

Respectfully submitted,

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
Classified as a terrorist by the Department of Justice

A2

No. 11-1025 ac

IN THE

# Supreme Court of the United States

JAMES R. CLAPPER, JR., DIRECTOR OF NATIONAL INTELLIGENCE, ET AL., PETITIONERS

*v.*

AMNESTY INTERNATIONAL USA, ET AL. Respondents

*ON PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT*

On Writ of Certiorari to the United States Court of Appeals for the Second Circuit

*AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrew.christenson@ymail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

September 24th, 2012

1

A3



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                                    Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Motion to Intervene and/or Amicus Brief
(Per First Amendment: "and to petition the Government for a redress of grievances")

For Brevity. There is no doubt that I and three hundred and thirty million Americans have standing. The American people have a Constitutional Right to know the truth about what happened during Hurricane Katrina. The First Amendment States: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances.** The First Amendment is a Right.

On behalf of the American people I move the court to unseal all documents, evidence and information as it pertains to the systemic criminal prosecutor misconduct in the Danziger case and the other six cases listed. The criminal cases which I call the "Danziger Seven" have to be subservient to the protection of the Constitution. If we do not protect the Constitution this Nation will fall into chaos if it has not all ready.

Facts:

Chemical warfare contaminants, the Katrina Virus, leaked into the environment during Hurricane Katrina.

The US Military conducted operational missions and murdered Americans in violation of their Constitutional rights.

A plea deal was entered into by the DOJ prosecutors and the defense attorneys before the Danziger trial.

All of the Danziger Seven criminal cases have pleadings that reference the systemic criminal prosecutor misconduct.

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions, pleadings, memorandums and appeals in:

2:10-cr-204 Danziger Judge  KURT D. ENGELHARDT

2:10-cr-154 Glover Judge LANCE M. AFRICK

2:13-cr-11 Nagin Judge HELEN G. BERRIGAN

2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN

2:13-cr-249 Daigle Judge CARL J. BARBIER

TENDERED FOR FILING

JAN 1 3 2014

U.S. DISTRICT COURT
Eastern District Louisiana
Deputy

A3

2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON
2:12-cr-1 Howard/Hankton Judge  MARTIN L.C. FELDMAN

In the Interest of Justice the court must reject this appeal.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

A4



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                          Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 2
**Systemic Criminal Prosecutor Misconduct**

All of the Danziger 7 (plus Pratt) criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 8 criminal cases listed here.

It is imperative that all sealed documents, evidence, Horn report, Heebe report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county. TENDERED FOR FILING

Constitutional Issues                              FEB 10 2014

1. The swaying of public opinion.                      U.S. DISTRICT COURT
2. Tainting jury pools.                                Eastern District of Louisiana
                                                       Deputy Clerk
3. Dispensing Propaganda through the Federal Desensitizing Propaganda Machine (FDPM)
4. Destruction of the Constitutional Grand Jury System.
5. Plea deals to gain convictions.(The  purchase of testimony)
6. Plea deals. (Violation of the Constitution)
7. Grants of immunity to gain convictions. (The purchase of testimony)
8. Denial of 1st Amendment Rights including the right to petition the government for grievances.
9. Denial of Constitutional Rights for Federal Whistleblowers.
10. Manipulation of the 1st Amendment by a corrupt national media.
11. Violations of the 4th Amendment. Against unreasonable searches and seizures.
12. Violations of the 6th Amendment. Assistance of counsel.
13. The cover-up of Genocide and Crimes Against Humanity by the Federal Government against the American people.

A4



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                        Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 2
**Systemic Criminal Prosecutor Misconduct**

All of the Danziger 7 (plus Pratt) criminal cases have or will have appealable issues because of the Systemic Criminal Prosecutor Misconduct. These appeals will go to the Supreme Court because of the severe nature of the violations of the Defendant's Constitutional Rights. The damage that has been done to the American People and their Constitution is unquantifiable and could and probably result in the destruction of this great country. This Great Nation is slipping into Nazism where there are no Constitutional Rights. This Systemic Criminal Prosecutor Misconduct is much bigger than the 8 criminal cases listed here.

It is imperative that all sealed documents, evidence, Horn report, Heebe report, etc. be unsealed and released to the American People. This simple act will protect all Americans, their Constitutional Rights and the Constitution itself which is the foundation for this great county. TENDERED FOR FILING

Constitutional Issues                          FEB 1 0 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1. The swaying of public opinion.
2. Tainting jury pools.
3. Dispensing Propaganda through the Federal Desensitizing Propaganda Machine (FDPM)
4. Destruction of the Constitutional Grand Jury System.
5. Plea deals to gain convictions.(The purchase of testimony)
6. Plea deals. (Violation of the Constitution)
7. Grants of immunity to gain convictions. (The purchase of testimony)
8. Denial of 1st Amendment Rights including the right to petition the government for grievances.
9. Denial of Constitutional Rights for Federal Whistleblowers.
10. Manipulation of the 1st Amendment by a corrupt national media.
11. Violations of the 4th Amendment. Against unreasonable searches and seizures.
12. Violations of the 6th Amendment. Assistance of counsel.
13. The cover-up of Genocide and Crimes Against Humanity by the Federal Government against the American people.

A4

I have standing and I have been a victim. I am eminently qualified to testify to the Constitutional issues. I can provide documentation as to my having Constitutional Issues 1, 3, 8, 9, 10, 11, 12 and 13 violated. The listed violations as well as 2, 4, 5, 6, 7, are addressed in the court record and for brevity purposes are not included in this Amicus Brief but are referenced with docket numbers and number of pages.

Documentation With Factual Information And The Names Of Those That Are Responsible For The Destruction Of Our Constitution

Reference documentation that has already been filed by me in the Danziger case:

Case 2:10-cr-00204-KDE-SS Document 1138 Filed 09/16/13 Page 1 of 2 (6 pages)
Case 2:10-cr-00204-KDE-SS Document 1147 Filed 09/19/13 Page 1 of 2 (30 pages)
Case 2:10-cr-00204-KDE-SS Document 1150 Filed 09/23/13 Page 1 of 2 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1152 Filed 09/26/13 Page 1 of 2 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1158 Filed 10/02/13 Page 1 of 2 (10 pages)
Case 2:10-cr-00204-KDE-SS Document 1169 Filed 10/07/13 Page 1 of 2 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1177 Filed 10/23/13 Page 1 of 1 (22 pages)
Case 2:10-cr-00204-KDE-SS Document 1182 Filed 11/01/13 Page 1 of 1 (25 pages)
Case 2:10-cr-00204-KDE-SS Document 1193 Filed 11/12/13 Page 1 of 11 (11 pages)
Case 2:10-cr-00204-KDE-SS Document 1232 Filed 12/16/13 Page 1 of 7 (7 pages)
Case 2:10-cr-00204-KDE-SS Document 1237 Filed 12/23/13 Page 1 of 4 (4 pages)

The End Result
All of the defendants want access to the Horn report and the information that is under seal. (A brief side note that will be addressed in Amicus Brief 3: Not one defense attorney has requested the Heebe report/investigation. I considered this lack of zealous representation to be criminal malpractice. Because of the Systemic Criminal Prosecutor Misconduct the following occurred in the biggest white collar criminal case in Louisiana in the last 14 years, if not longer. Superseding indictments 2 and 3 were dismissed with prejudice against Mark Titus. The original indictment and superseding indictments 2 and 3 were dismissed with prejudice against Dominick Fazzio. What is most amazing is that this criminal prosecution was instigated to ultimately prosecute Freed Heebe, the Kingpin of the criminal organization. The entire case against Fred Heebe was publicly dismissed with prejudice without his ever being indicted. Just how grotesque was the Systemic Criminal Prosecutor Misconduct that resulted in such an egregious action against the American People?)

*** The six convictions have been vacated and the case should be dismissed because of Systemic Criminal Prosecutor Misconduct. The Horn and Heebe reports provide appealable issues.
Defendant's KENNETH BOWEN, ROBERT GISEVIUS, ROBERT FAULCON, ANTHONY VILLAVASO, ARTHUR KAUFMAN and GERARD DUGUE. Order And Reasons for a new trial (Horn Report plus) Signed by Judge KURT D. ENGELHARDT
Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 (Danziger case)

# A4

***This case is under appeal. The conviction should be vacated and at a minimum the defendant should be granted a new trial. This is the most heinous of the convictions and it is the most draconian of sentencing. The Horn and Heebe reports provide appealable issues.
Gregory McRae's Motion To Intervene To Obtain Access To Sealed Information (Horn report plus) Filed by Michael S. Fawer. (Original case is Glover 2:10-cr-154)
Case 2:10-cr-00204-KDE-SS Document 1249 Filed 01/22/14 Page 1 of 2 (Danziger case)

***This case is under appeal to the Supreme Court. This case has new appealable issues because of the Horn and Heebe Reports. This case could return to the District Court and will return to the 5th Circuit.
Movant Renee Gill Pratt's Motion To Intervene To Obtain Sealed Information (Horn Report plus) Filed by Michael S. Fawer. (Original case Renee Gill Pratt 2:08-cr-140)
Case 2:10-cr-00204-KDE-SS Document 1255 Filed 01/24/14 Page 1 of 2 (Danziger case)

***This defendant is awaiting trial. The Horn and Heebe reports will provide appealable issues.
Stacey Jackson EX PARTE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM AND PRODUCTION PRIOR TO TRIAL; RULE 17(c), FED. R. CRIM. P. (Horn Report plus) Filed by Edward J. Castaing, Jr.
Case 2:13-cr-00131-MVL-JCW Document 39 Filed 01/16/14 Page 1 of 5 (Jackson case)

***This trial is currently taking place. If convicted the Horn and Heebe reports will provide appealable issues. This trial should have never taken place and the continuance should have been granted. There is no way to quantify the damage done by the Department of Justice to the tainted jury pool.
Mayor C. Ray Nagin's Defendant's Motion To Compel Discovery (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 54 Filed 10/02/13 Page 1 of 6 (Nagin case)
Mayor C. Ray Nagin's Motion For Continuance Of Trial Date (Horn Report plus) Filed by Robert Jenkins
Case 2:13-cr-00011-HGB-ALC Document 27 Filed 09/19/13 Page 1 of 1 (Nagin case)

Footnotes for the Other Danziger 7 cases;

Due to the even more grotesque, damaging and extensive Systemic Criminal Prosecutor Misconduct an Amicus Brief 3 will be filed referencing the Fazzio/Titus/Heebe criminal case. 2:11-cr-157
Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN

The following two cases will not be addressed in Amicus Brief 2 or Amicus Brief 3. The Hankton and Daigle cases involve Systemic Criminal Prosecutor Misconduct that involves murder, extortion, blackmail, theft, money laundering, etc. on the part of the Department of Justice. An Amicus Brief 4 may be filed at a later date.
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN
2:13-cr-249 Daigle Judge CARL J. BARBIER

A4

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions, pleadings, memorandums and appeals in:
2:10-cr-204 Danziger Judge KURT D. ENGELHARDT
2:10-cr-154 Glover Judge LANCE M. AFRICK
2:13-cr-11 Nagin Judge HELEN G. BERRIGAN
2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN
2:13-cr-249 Daigle Judge CARL J. BARBIER
2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON
2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN
2:08-cr-140 Pratt Judge IVAN L.R. LEMELLE

In the interest of Justice the court must reject this appeal.

**A5**



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                          Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief
Supplemental 3

The starting point for this brief is US Attorney Billy Gibbens who represented me as my defense attorney when I was arrested with a Louisiana Warrant, not Federal as one might assume, for cyberstalking an FBI Agent that I was ordered to send emails to. I was placed in isolation for 11 days and medicated against my will. I was never charged with a crime. Four months later the same procedure was used against Coast Guard Commander William Goetzee and he died, was murdered in the same cell that I was in. He was a Federal Whistleblower like me. Coast Guard Commander Goetzee in his appearance before the Federal Court was strapped to a wheelchair and tased every time he tried to speak. Reference page 18 items 31 and 32. If you read the 66 page complaint you will think you are in Nazi Germany. What a tragic way for one of our heroes to die. Complaint Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23/12 Page 1 of 66

US Attorney Billy Gibbens represented me against my wishes and gave away all of my rights. Please
reference the bond, non-domestic stay away order and the "Billy Gibbens" court document.
Billy Gibbens represented me on behalf of the Department of Justice.
The following web pages are extremely slow because of DOJ interference.
http://persimmonpublishingus.com/Documents.html
Pay particular attention to items 3 and 9. Item 9 is not even a condition of bail or bond.
http://persimmonpublishingus.com/uploads/zzBailBondMarkedUp.pdf
There are 74 people on the order. 66 of whom I had never met. (My assumption is that 73 did not know
they were on the order because they had not filed affidavits.)
http://persimmonpublishingus.com/uploads/zzNonDomesticMarkedUp.pdf
http://persimmonpublishingus.com/uploads/Cantrell22Gibbens.pdf

Besides Me, US Attorney Billy Gibbens represents Fred Heebe (Titus/Fazzio/Heebe), Arthur Kaufman
(Danziger) and Andre Hankton (Howard/Hankton).

It was I that informed US Attorney Billy Gibbens about the monitoring of the web and the posting of
comments by the DOJ. Without this information Feed Heebe and Dominick Fazzio would have been
brought to trial. There were other factors as well.

TENDERED FOR FILING

FEB 10 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# A5

The following link will take you to the first press release about my being arrested. The DOJ realized that a mistake had been made and altered future press releases. Donald Newhouse, Advance Publications, nola.com, The New Orleans Times Picayune, WDSU, NBC and other media outlets cooperated with the DOJ by printing defaming and slanderous information about me to destroy my credibility.

New Orleans man booked on two counts of cyberstalking, TV station reports

By Times-Picayune Staff on March 17, 2011 at 8:26 AM, updated March 17, 2011 at 10:28 AM

http://www.nola.com/crime/index.ssf/2011/03/new_orleans_man_booked_on_two.html

"A New Orleans man is in jail, booked on two charges of cyberstalking after he allegedly sent threatening e-mails to an FBI agent, WDSU-TV reports.

David Christenson, 53, was arrested Tuesday and remains jailed on a $300,000 bond, court records show.

Christenson allegedly sent the e-mails after an FBI agent interviewed him last month about "inappropriate" e-mails Christenson sent to judges and their employees, the station reports."

JUST EXACTLY WHAT ARE "INAPPROATE" EMAILS?

Not one defense attorney has requested the Heebe report/investigation. I considered this lack of zealous representation to be criminal malpractice. Because of the Systemic Criminal Prosecutor Misconduct the following occurred in the biggest white collar criminal case in Louisiana in the last 14 years, if not longer: Superseding indictments 2 and 3 were dismissed with prejudice against Mark Titus. The original indictment and superseding indictments 2 and 3 were dismissed with prejudice against Dominick Fazzio. What is most amazing is that this criminal prosecution was instigated to ultimately prosecute Fred Heebe, the Kingpin of the criminal organization. The entire case against Fred Heebe was publicly dismissed with prejudice without his ever being indicted. Just how grotesque was the Systemic Criminal Prosecutor Misconduct that resulted in such an egregious action against the American People?

## Conclusion

Defense attorneys are active participants in the Systemic Criminal Prosecutor Misconduct. The lack of zealous representation is cause for an appeal. The defendants and all Americans deserve to know what is under seal, in the Horn report, the Heebe report, etc. Constitutional Rights for all Americans have to be protected.

Eastern District of Louisiana (EDLA) Danziger Seven Criminal Cases which I have filed over 50 motions, pleadings, memorandums and appeals in:

2:10-cr-204 Danziger Judge KURT D. ENGELHARDT

2:10-cr-154 Glover Judge LANCE M. AFRICK

2:13-cr-11 Nagin Judge HELEN G. BERRIGAN

2:11-cr-157 Fazzio/Titus/Heebe Judge HELEN G. BERRIGAN

2:13-cr-249 Daigle Judge CARL J. BARBIER

2:13-cr-131 Jackson Judge MARY ANN VIAL LEMMON

2:12-cr-1 Howard/Hankton Judge MARTIN L.C. FELDMAN

**A5**

2:08-cr-140 Pratt Judge IVAN L.R. LEMELLE

In the interest of Justice the court must reject this appeal.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

A6



UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                                    Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.


Amicus Brief

Supplemental 4


In the interest of Justice, for the protection of the Constitution and to protect every American's Constitutional Rights, the following criminal investigations and reports into the criminal conduct of the Department of Justice and the Federal Government must be made public:

All of these cases are sinisterly intertwined with this case, the Danziger case, and Captain David Andrew Christenson, Federal Whistleblower.

***The Heebe report. What criminal activities by the Department of Justice resulted in the dismissal with prejudice of the original indictment, 1st superseding indictment and the 2nd superseding indictment against Dominick Fazzio? Mark Titus entered into a plea deal on the original indictment but the DOJ dismissed with prejudice the 1st superseding indictment and 2nd superseding indictment. How could the DOJ, without ever indicting, dismiss with prejudice the original indictment, 1st superseding indictment and 2nd superseding indictment against Fred Heebe and Jim Ward? The criminal activities of the DOJ irreparable harmed the American People and the Constitution. (US Attorney Billy Gibbens represented Fred Heebe and participated in the cover up of the Katrina Virus. He represented Captain David Andrew Christenson, as his defense attorney, on behalf of the DOJ and gave away all of his Constitutional Rights.)

***The murder of Coast Guard Commander William Goetzee (A national Hero and Federal Whistleblower) while he was being held in Federal custody in an Unconstitutional Prison on false charges. The Coast Guard Commander was tortured (documented) as if he was a prisoner at Guantanamo Bay, Cuba. (Chief Federal Public Defender Virginia Schlueter and Attorney Mary Howell represented Coast Guard Commander William Goetzee and Captain David Andrew Christenson.)

***The murder of unarmed Allen Desdunes in New Orleans East by an FBI Agent and New Orleans Police Officer. (Evidence points to FBI Agent Steven Rayes murdering Allen Desdunes. It was FBI Agent Steven Rayes and the Violent Crime Task Force that attempted to murder Captain David Andrew Christenson and violated his Constitutional Rights and Protections.)

A6

***The theft of drugs and money from Stefen Daigle by FBI Agent Steven Rayes and the Violent Crime Task Force. The criminal act was electronically recorded. (Stefen Daigle's Defense Attorney is Frank Desalvo from the Danziger case and recipient of the Military DVD of what happened at the Danziger Bridge.)

***The attempted murder, forced medication, false imprisonment in an Unconstitutional Prison, false arrest on a Louisiana Warrant, assault by an FBI Agent and US Marshal which was electronically recorded, stalking, slander, deformation, issuance of an illegal bond, the issuance of an illegal and fraudulent non-domestic stay away order, etc. of Captain David Andrew Christenson Federal Whistleblower. Air Force Captain Christenson was tortured (documented) as if he was a prisoner at Guantanamo, Cuba.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2014, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by US First Class Mail. I further certify that service for counsel for appellees and defendants will be accomplished via official electronic mail and official Pacer notification.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

# A7

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

A8

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

<u>A quest for justice.</u> What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice.  At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. <u>It must be noted that Captain Christenson was never charged with a crime.</u> Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

# A8

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishingus.com
www.thereluctantpatriot.com

**A9**

STATE OF LOUISIANA

VERSUS

*David A. Christenson*
*aka David Christian*

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

MAG. NO. *472-479*

<u>NON-DOMESTIC STAY AWAY ORDER</u>

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant, *David A Christenson aka Christian* date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *als listed in order* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

<u>BY ORDER OF THE COURT</u>

IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

MAGISTRATE/COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS *15* DAY OF *March* 20 *11*.

<u>DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS</u>

UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I, *David Christenson aka Christian* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

DEFENDANT

NEW ORLEANS, LOUISIANA, THIS *16* DAY OF *March*, 20 *11*.

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

**A9**

STATE OF LOUISIANA                    CRIMINAL DISTRICT COURT

VERSUS                                PARISH OF ORLEANS

DAVID CHRISTIAN,                      MAG. NO. _____
Aka DAVID CHRISTENSON

## O R D E R

    IT IS ORDERED that the defendant stay away from the protected persons listed below until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal.

Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,


Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeb.uscourts.gov |
| Anna Christman | usalae |
| Archbishop Aymond | Catholic 2, Catholic 1 |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humpheys | brad_humpheys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeb.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



A9

| | |
|---|---|
| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsgi@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gheesling | jgheesling@kepplerspeakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Swenney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov. |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@tx.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescenttitle.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Ashabranne | shelia_ashabranne@txs.uscourts.gov |
| Steve Woodring | steve.woodring@dps.la.gov |
| Steven Hartmann | steven.hartman@usdoj.gov |
| Steven P Rayes | srayes@lco.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlwesq@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

A9

Virginia Schlueter
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

**NEW ORLEANS, LOUISIANA,** this the ___ day of _____ 20 __.

_____
Commissioner Harry Cantrell
Criminal District Court, Sec. "M-3"
Parish of Orleans

A10

STATE OF LOUISIANA                    ORLEANS PARISH CRIMINAL COURT

VS                                    MAGISTRATE NO 522-477

DAVID CHRISTENSON

### BOND ORDER AND CONDITIONS OF BAIL

This matter came upon hearing this date, before this Honorable Court, for a Bond

Reduction Hearing. After hearing arguments and evidence the Court hereby orders bond

to be reduced to _____ $20,000.00 _____, and that the Defendant,

David Christenson is hereby ordered to, and Defendant, David Christenson, hereby

agrees and accepts the following Additional Conditions of Release:

1. Defendant is hereby ordered and hereby agrees to follow the orders of the Non-
   Domestic Stay Away Order signed by this Court and acknowledged and agreed to
   by Defendant on March 15, 2011 (a Copy of which is attached hereto);

2. Defendant is hereby ordered and hereby agrees to present himself to an in-patient
   facility for evaluation, and treatment as recommended by said facility on or before
   March 29, 2011;

3. Defendant is hereby ordered to not have access to the Internet;

4. Defendant is hereby ordered to cause the treatment facility to report Defendant's
   status and progress to the Court and the District Attorney every two (2) weeks and
   upon release of Defendant;

5. The Defendant is hereby ordered to cause the treatment facility to immediately
   report to the Court and the District Attorney should Defendant leave the facility;

6. The Defendant is hereby ordered to cause the treatment facility to give 48 hour
   advance notice of the release of the Defendant to the Court and the District
   Attorney;

7. The Defendant is hereby ordered to appear in this Court on the first Tuesday after
   his release from the treatment facility;

8. Defendant hereby agrees that should a capias or arrest warrant be issued for
   Defendant, David Christenson, hereby waives extradition to the State of Louisiana
   from any jurisdiction in or outside of the United States where he may be found.

**A10**

9.  Defendant hereby agrees to waive and does waive the time delays as stated in Louisiana Code of Criminal Procedure (La.CCrP) Article 701, Section B, regarding bond obligations and time limits for institution of prosecution until March 15, 2012.

IT IS FURTHER ORDERED THAT should Defendant meet the obligations of the Bond Order as to amount and sign the Conditions of Bail, he shall be released no earlier than Saturday, March 26, 2011, at a time no later than 12 NOON.

SIGNED IN OPEN COURT ON THIS 25ᵗʰ DAY OF MARCH, 2011 IN NEW ORLEANS, LOUISIANA.

_____
MAGISTRATE, M - J

UPON MY RELEASE by the Orleans Parish Sheriff, I, DAVID CHRISTENSON, do hereby agree to the terms of the Conditions of Bail as stated above, including the Non-Domestic Stay Away Order previously issued on March 15, 2011. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

Signed on March 25, 2011 in New Orleans, Louisiana.

_____
David Christenson

# A11

## The Murder of Coast Guard Commander William Goetzee

### My background

I was held on the 10th floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here.  In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. I was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation...". The man needed help. What medication was he being forced to take?  I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?

# A11

Attachment 4: Article.

See the last page, 3. "Margaret Nagel, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held." It is important to note that the Coast Guard provided official notification of Commander Goetzee's death. This notification was improper unless he died during active duty. This was very odd and suspicious. By law The US Marshal Service should have provided notification since he was in their custody. Note that he was working on the BP oil spill.

Attachment 5.

Court document: detention hearing. Why was Commander Goetzee not at his detention hearing? Why did he not have private counsel. He had been charged and had not entered a plea. The Federal Government wanted him isolated. The man needed help and had the resources. Commander Goetzee was entitled to bond and should have been released within 72 hours. His family and fiancée could have helped him. Why did his peers in the Coast Guard not help him? They worked with him for 10 years. (Truth about the BP oil spill?)

Attachment 6.

Again could you invent the truth? Review the second page. He did not want to cause harm to anyone but himself. Goetzee exclaimed "I want to kill myself, give me your gun." Was he crying out for help or was this an attempt to discredit him? Do you know how hard it is to take a gun from a man sitting down in a car?

Attachment 7.

An email from me to multiple Federal Courts in the Eastern District of Louisiana.

Attachment 8.

Letter/Fax to the United States Supreme Court. I have only included one of the many letters that I wrote to the Supreme Court.

Sincerely,
David Christenson
"The Reluctant Patriot"