# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et. al*<br><br>            Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA II, *et. al*<br><br>            Defendants. | Civil Action Nos. 13-cv-851<br>and<br>13-cv-881<br>and<br>14-cv-92 |

## **PLAINTIFFS' PRAECIPE**

Plaintiffs Larry Klayman, Charles and Mary Ann Strange, Matt Garrison, and Michael Ferrari, hereby file the attached pleadings (Exhibits 1,2,3) with the Court.  The pleadings were filed in the U.S. Court of Appeals for the D.C. Circuit in regard to the appeals of these cases.

Dated: April 28, 2014

                                        Respectfully submitted,

                                        */s/ Larry Klayman*
                                        Larry Klayman, Esq.
                                        D.C. Bar No. 334581
                                        2020 Pennsylvania Ave. NW, Suite 800
                                        Washington, DC 20006
                                        Tel: (310) 595-0800
                                        Email: leklayman@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2014 a true and correct copy of the foregoing Plaintiffs' Praecipe (Civil Action Nos. 13-cv- 851, 13-cv-881, and 14-cv-92) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

                                          Respectfully submitted,
                                           /s/ *Larry Klayman*
                                          Larry Klayman, Esq.
                                          D.C. Bar No. 334581
                                          Klayman Law Firm
                                          2020 Pennsylvania Ave. NW, Suite 345
                                          Washington, DC 20006
                                          Tel: (310) 595-0800