# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5207**  **September Term, 2014**

1:13-cv-00851-RJL
1:13-cv-00881-RJL
1:14-cv-00092-RJL

Filed On: March 4, 2015

Larry Elliott Klayman, On behalf of himself and all others similarly situated, et al.,

    Appellees

David Andrew Christenson,

    Appellant

v.

Barack Hussein Obama, Individually and in his professional capacity, et al.,

    Appellees

------------------------------

Consolidated with 14-5208, 14-5209

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/22/15
BY: [signature] Clerk
ATTACHED: ___ Amended Order
___ Opinion
✓ Order on Costs

    **BEFORE:**   Rogers, Srinivasan, and Pillard, Circuit Judges

## ORDER

    Upon consideration of the motions to stay the district court proceedings and the errata thereto, the motion to reconsider, the motion to proceed in forma pauperis, the motion to appoint counsel and the supplement thereto, the motion to recuse, the motion for summary and default judgment and the supplement thereto, the notices filed by appellant, and the entire record on appeal, it is

    **ORDERED** that the motions be denied and, on the court's own motion, the appeal be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). See Neitzke v. Williams, 490 U.S. 319, 325 (1989) (a frivolous claim "lacks an arguable basis either in law or in fact").

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

    **Per Curiam**

A True copy
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk